AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF North Carolina

USA

**Defense EXHIBIT LIST**

Bobby L. Thompson

Case Number: 3:05cr294-2

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE** Mullen | | | **PLAINTIFF'S ATTORNEY** Keith Cave | | **DEFENDANT'S ATTORNEY** Claire Rauscher & Steven Slawinski |
| **TRIAL DATE(S)** 11/13 - | | | **COURT REPORTER** Joy Kelly | | **COURTROOM DEPUTY** Antonietta Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 11/14 | ✓ | ✓ | Photo of Theresa McCorkle - witness McKinney |
| | 2 | 11/14 | ✓ | ✓ | Diagram of home on Smith Drive - witness McKinney |
| | 3 | 11/14 | ✓ | | Search Warrant Bobby Humphries - witness McKinney |
| | 4 | 11/14 | ✓ | ✓ | Photo of Bobby Thompson, Sr. - witness Smith |
| | 5 | 11/14 | ✓ | ✓ | Photo of Tido Thompson - witness Smith |
| | 6 | 11/14 | ✓ | ✓ | Photo of Lambert Smith - witness Smith |
| | 7 | 11/14 | ✓ | ✓ | Diagram of home on Eleanor Drive - witness Hollar |
| | 8 | 11/14 | ✓ | | Officer McKinney written statement - witness Hollar |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages