IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:05 CR 294 MU

Plaintiff,

**ORDER TO PAY WITNESS FEES**

vs.

BOBBY LARUE THOMPSON

Defendant.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

United States Marshal's Service pay witness fees to Harry Davis in the above titled case.

Signed: November 16, 2007

Graham C. Mullen
United States District Judge