# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05-CR-294

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOBBY LARUE THOMPSON (2) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion for Early Termination of Supervised Release [doc. # 336] filed on June 15, 2018. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: June 26, 2018

Graham C. Mullen
United States District Judge